# Court of Appeals
# of the State of Georgia

ATLANTA, June 14, 2017

*The Court of Appeals hereby passes the following order*

## A17D0461. CLYDE F. HOLLAND v. PHEOBE SUMTER MEDICAL CENTER et al. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2017CV00068



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, June 14, 2017.

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*